# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON LOPEZ-CORTEZ,<br><br>Defendant. | Case No. 21-CR-1984 GPC<br><br>**JUDGMENT AND ORDER DISMISSING INFORMATION**<br><br>The Honorable Gonzalo P. Curiel |

GOOD CAUSE having been shown, the Court grants the Government's motion to dismiss the Information in this case as to the above-noted defendant only, without prejudice.

**IT IS SO ORDERED.**

Dated:  September 20, 2021

*/s/ Gonzalo P. Curiel*
Hon. Gonzalo P. Curiel
United States District Judge